IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

TIM LEATHERBY                                                                                              PLAINTIFF

V.                                                                          CIVIL ACTION NO. 3:21CV122-NBB-RP

YALOBUSHA COUNTY, MISSISSIPPI                                                                          DEFENDANT

## ORDER ADOPTING REPORT AND RECOMMENDATION

Upon due consideration of the record in this cause, the court finds that the Report and Recommendation of the United States Magistrate Judge dated June 15, 2021, was on that date duly filed; the parties were duly notified; more than fourteen days have elapsed since notice of said Report and Recommendation; and no objection thereto has been filed or served by any party. The court is of the opinion that the Report and Recommendation should be approved and adopted as the opinion of the Court.

It is, therefore, **ORDERED:**

1. That the Report and Recommendation of the United States Magistrate Judge dated June 15, 2021, is hereby approved and adopted as the opinion of the Court.

2. That this case is hereby dismissed and closed.

This, the 9th day of August, 2021.

      /s/ Neal Biggers
NEAL B. BIGGERS, JR.
UNITED STATES DISTRICT JUDGE